Western District of Wisconsin

1985 complaint pursuant to 42 U.S.C. §1985 §1986

Brandon D Bradley Sr
Plaintiff

cover page

VS.

① Leigha Weber
② Kyle Tritt
③ Joseph Beahm
④ Co Bade
⑤ Co Kyle Oneal
⑥ Co Wodack
⑦ Co Leopold
⑧ Co Jones
⑨ Co Pohl
⑩ Co Rosenthal
⑪ Corene Giebel

⑫ Anthony Meli
⑬ Sgt Bikowski
⑭ Robert Beahm
⑮ Co Dorn
⑯ Co Bliegler
⑰ Co McCawley
⑱ Co Oneill (Thomas)
⑲ Nurse Taplin
⑳ Co Giebel

㉑ Co Ridley ㉒ Co Barkhurst
㉓ Sgt Fisher ㉔ Lt Dingman ㉕ Lt
Burns ㉖ Lt Sanchez ㉗ Co Adderton



(28) Sheriff of Dodge Co

(29) Tammy Wild

(30) Dep Sheriff Does 1-30

(31) Lt Brian Drumm

(32) Gwen Vick

(33) Jen Kacyon

(34) Mark Jensen

(35) Dr Miller

(36) Dr Deblanc

(37) Dr Engstrom

(38) Dr Van Buren

(39) Dr Gruber

(40) Dr Mclaren

(41) Larry Fuchs (HC W.D.)

(42) Marchant

(43) William C Greisbach

AKa defendants (# 1-43) acted under color of state and federal law at all times during this complaint and are sued in their individual and official capacities

| Complaint with Jury Demand |



③

## Introduction

①

This is a civil rights action filed Brandon D Bradley Sr, alleging retaliation, excessive force, failure to protect, 8th amendment excessive bail and fines, due process, **equal protection battery tort**, negligence medical **malpractice**, 8th **amendment** cruel and false unusual punishment, **6th** and 7th speedy trial imprisonment violations 13th amendment involuntary servitude.

The defendants violated plaintiff 1st, 6th, 7th, 8th 14th, and **State tort laws.** Plaintiff is seeking **damages** pursuant to 42 U.S.C. **§1985** and 1986 and relief



Supplemental Jurisdiction ②

The Western District of Wisconsin is granted jurisdiction over plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331(1) and 1343

The court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. § 1367.



| Facts | ③

On 3-16-18 and 6-2-18 Bikowski, Wodack, Jones, Pohl, Oneal, Oneill, Bliegler, McCawley, Dorn, Adderton, Fisher, and Beahm (6-2-18) used 'excessive' force on plaintiff while she was fully shackled not resisting. The attacks consisted of punching, kicking, kneeing, elbowing, slapping, slamming head against walls and/or doors, tazing while plaintiff was standing in water, stomping on shackles (legs), squeezing handcuffs to the point they couldn't tighten any more, choking plaintiff in a backwards judo hold, and denying plaintiff medical treatment after both attacks

④ On 7-19-18 plaintiff addressed both attacks at a preliminary hearing for 18-cf-158 Also during this hearing, plaintiff addressed Joseph Beahm assisting in the suicide of Marques Childs in 2015. Wodack and Rosental were present at this hearing, and had to report to Meli, any events that occured during this hearing

⑤

To hender 1985, 1986, 1983, John Doe proceed ings, and **cause** repeated de/ays in 18-cf. 158 Anthony Meli authorized, oversaw, and facilitated the **altering** of video, audio and paper evidence

(Meli)

⑥ He ordered Bikowski, Beahm, Leopold, Jones, Wodack, Fisher, **Oneal**, Oneill, Adderton Dingman, **Bade**, McCawley, Taplin, Pohl Dorn, **Bliegler**, **Tritt** Ridley, Barkhurst Sanchez, Burns **Rosenthall** to switch Leopold and kyle Oneal for Bade, **(3-16-18)**and switch Sanchez out for **Dingman** and Burns. ▓ **During** both**attacks** Leopold was holding the camera. Dingman deliberately **deleted** the (6-2-18) hand held cam footag e shot **by Leopold**.

⑦ The defendants in par ⑥ put a spit hood on some**body** ▓ they claim was pla intiff. In the re-enactments on 3-16-18 and 6-2-18 they did **every** thing by the book, when in reality they used excessive force outlined in par ①



(8) Tritt, Beahm, Bade, Oneal Wodack, Leopold Jones, Pohl, Bikowski, Dorn, Bliegler, McCawley, Oneill, Ridley, Fisher, Barkhurst, Fisher Dingman, **Burns**, **sanchez**, Adderton and Mel I, gave Carene Giebel the fabricated video, audio, paper **evidence** to put in my D.O.C. social service file which she did

(9) On the 3-16-18 **incident** (re-enactment) Tritt says "Grab a **spit** hood [▨] Rosey" "grab the bolt cutters Bade". At no time was **Rosenthal or Bade** present, or was plaintiff **at** anytime wearing a spit mask or hoo**d**. (see 20-cv-81 W.C.G.)

(10) The exact alterations were fabricated incident reports, audio, hallway footage stripcage **footage**, in cell footage, fabricated documents. On multiple occasions Giebel (corene) said that [▨▨] stripcage and in-cell **footage of** the 6-2-18 incident, did not exist (20-c-82 w.c.G)

(11) To futher the **fraud**, Corene Giebel gave the **fabricated** cell and **stripcage** footage to Co Giebel to give to Robert

⑦ Beahm to enter into my CCI social service file. The evidence was used against me at summary judgment (20-cv-82 WCG)

⑫ In both excessive force incidents (3-16 6-2-18) Taplin, Vick, Kacyon, Jensen, Miller, Deblanc, Engstrom, Van Buren, Gruber Mclaren Marchant, either physically witnessed the attacks, or became aware of attacks via PSU, HSU, interview request slips, and or plaintiff physically showing them the injuries cellside and failed to treat the injuries Plaintiff even went to the extreme to smear pen ink and feces into wounds to get medical attention and was still refused treatment. (20-c-561, 563)

⑬ on 6-1-18 Dr Deblanc put plaintiff in a lait even after plaintiff identified herself as a transgender identified under 500, 70, 27, ▬▬▬▬▬ at the request of Joseph Beahm (20-c-563)

⑭ On 6-2-18 to 6-7-18 plaintiff was on obs status and have to talk to engstrom, gruber, mclaren, miller, deblanc, to get off obs. From 6-2-18 to 6-7-18 plaintiff showed these defendants the physical injuries (20-c-563)

⑧

15) on 6-2-18 to 6-7-18 plaintiff was on obs and wrote psu slips, hsu slips, Showed injuries to Jensen, Vick Kacyon, Marchant to recieve medical attention (Richard Smither an wrote slips) due to plaintiff being on obs plaintiff had to recieve meds from HSU. At no time was plaintiff offered Help from PSU / HSU (20-C-563)

16) To cover up for security staff Kacyon,Vick Jensen, Marchant, Miller, Mclaren, Deblanc, Engstrom, Gruber VanBuren, fabricated obs assesments, cellside assesments, medical documents, and entered them into my PSU /HSU files, from 6-1-18 to 7-19-18 (20-C-561,563)

① Sheriff of Dodge Co  ② Drumm ③ wild

④ Does 1-30

① on or about Mar 2018 plaintiff told Lt Brian Drumm that WCI staff had attacked him on 3-16-18, and that WCI staff was corrupt and the his dept (Dodge Co) needed to investigate them

⑨

② on 7-19-18 plaintiff conducted pre lim hearing for 18-cf-158. Lt Brian Drumm ~~~~~ admitted he failed to protect me, after I told him I was attacked on 3-16-18  6-2-18 and Beahm assisting in the suicide of Marques Childs.

③ Wild added words, took words out, and blurred out the last name of Childs, to protect Drumm. she altered the transcripts with words like not relevant to Ms Tienstra's objection, twisting staff members names who were involved in the attacks, saying that there was no video evidence of the attacks, and repeatedly saying she couldn't understand what I was saying

④ From 7-19-18 till MAR 2019 I was not allowed to attend court, except for a "Change of plea hearing" where plaintiff gave Ms Jessica A Klein key evidence in civil litigation, including the declaration of Jade Eichman #581348

(10)

⑤ Ms Klein withdrew, and I was appointed David Zarwell. Mr Zarwell told me to plead guilty, and called me a weird guy. I told him if he represented me at trial I would "Kick his ass"

⑥ He withdrew and I went pro se

⑦ I was pro around Feb 2019 for throwing water on Co Barkhurst (19-cf-77) from WCI to CCI.

⑧ Upon arriving to CCI I learned that seg inmates had to write in rubber pencil, which I had never wrote with! I asked the courts to appoint me counsel. I was appointed Nolan Jensen.

⑨ He called me at CCI, and I told him I wanted to view the suit up team video (see 20-cv-81) he told me to bring the popcorn!

⑩ Before this court appearance Co's Kleeber and Shulze threatened to activate the tazer box connected to my leg at the institution, had

(11)

a conversation about a klan meeting in Tx
in the van, and at the court house Skulze
whispered to kleeber, "do you think he
knows what's going on.

(11) once I got upstairs at the court house
I told Nolan that I wanted to see the
video. He said **you** wanna see the part
where your **by the** stairs, don't you.
I said yep

(12) When I saw the **video, I couldn't** believe
my eyes. WCI staff had altered and fabr
icated **the hand held** cam footage (see 20-
CV-81 WC6, and planned on entering it
**as a exhibit** in 18-cf-158

(13) once I got into the courtroom, I th
reatened Ms Tienstra, Judge Pfit
zinger, and once I got to the
holding area, I **struck** kleeber in the
face

(14) once I got back to the institution
Nolan called me and said "Brand
on what happened" I said "get

me a evidentiary hearing.

(15) On the morning of my evidentiary hearing CCI staff **attacked** me, strapped me into the restraint chair with no range of motion, and transported me to Dodge Co Jail over 1 1/2 away

(16) Once I made it to the jail, I crossed **examined Capt Tritt** about the validity of the **video evidence being** used against me. He committed **perjury** when he said **the** video was real, and that Beahm didn't threaten me before the **video started** (see **20-cv-81WCS**)

(17) Also during this hearing I had IA court for **19-cf-77** and a bail modification for **$10,500** for body expel. The **two** alleged victims were CO's Leopold and Burkhurst **(WCI employees)**

(18)

⑬

⑱ On 4-23-19 I discharged from the D.O.C. on 6-12-19 I was re-ad mitted back to the D.O.C.

⑲ On 8-28-19 Leopold, Tritt, and Anthony P. Meli took the stand and committed perjury, by giving false testimony regarding the events on 3-18-18 (18-cf-158) where I was accused of throwing water on Leopold shoes.(19-cf-77) was dismissed. I was found not guilty of Assault by prisoners 18-cf-158.

⑳ From Mar 2018 to Aug 2019 plain tiff made multiple demands for discovery, speedy trials, John Doe investigations, reported being sexually and physically attacked by WCI, CCI staff, and Orion Gut owski, being threatened by

(14)

Joseph Beahm, fabricated evidence being used against plaintiff, and Sheriff of Dodge Co Does 1-30, Dr umm and Wild did not take proper measures and precautions to ensure plaintiffs safety. Plaintiff made the outlined defendants in par (20) aware verbally and in writing. Plaintiff made these allegations while physically present in Dodge Co Jail.

(21) To defraud plaintiff in civil litigation defendant William C Greisbach conspired with WCI/CCI/Dodge Co sheriffs dept to strike plaintiff out, prevent plaintiff from filing 1983/1985-86 complaints, taking 23 pages out of 20-cv-709 complaint, steal transcripts from 19-cf-77, and civil cases 20-c-81 & 20-c-708. William Greisbach is a federal judge in the Eastern District (Green Bay)

15

22) Plaintiff has filed HC petitions (4) alerting defendant Fuchs that the State of WI has not had the legal jurisdiction to detain plaintiff from 6-8-17 to 6-1-21. Plaintiff alleges false imprisonment at all times during this complaint which includes WCI / CCI

23) 17-cm-1677: on 6-8-17 plaintiff was arrested for a crime he did not commit and can prove a ongoing conspiracy to continue to keep plaintiff falsely imprisoned.

24) After the "rulings" at summary judgment by Judge Greisbach, plaintiff respectfully prayed the P.R.E.A. coordinator investigate both incidents with law enforcement investigations. Ms Leigh a Weber said that "WCI" thoroughly investigated and she would not forward my request to law enforcement

(16)

25) On the 3-16-18 and 6-2-18 incidents plaintiff was fully **nude** when WCI **staff beat** the kilt and privacy towel **off** plaintiff. (20-cv-81, 82 WCG)

26) On the 6-2-18 incident Beahm groped plaintiffs **buttocks, penis,** and chest while calling me a nigger (see 20-cv-82 WCG)

27) Leigha Weber is the state P.R.E.A **coordinator** and is **responsible** for all **P.R.E.A. operations in** municipal facilities and W.I.D.O.C. facilities, and plaintiff **makes** her the main defendant #(1) due to **sexual** and physical assaults on 3-16-18 and 6-2-18.

28) **Robert** Beahm and Carene Giebel **are** and **were** records office super visors from 2017 to 2021, and were in control of my social service files at all times during this Complaint



29) Sheriff of Dodge co, is the Sheriff of Dodge Co Sheriffs Dept in Juneau Wi, and, is responsible for actions taken by his employees, operations and the **safety** and security of inmates in his/her **custody** (20-C-709, 1715 WCG)

30) Tritt Leopold, Beahm, **Barkhurst**, Ridley and Sanchez' **supervised** and/or witnessed the attacks on 6-2-18 and or 3-16-18 and failed to intervene (20-C-82)
   **WCG**

31) Anthony P Meli was the security director **at WCI** at all times during this complaint, and was responsible for security operations, staff equipment, ▮▮▮ and the misconduct on 3-16-18 – ▮▮ 6-2-18, and the cover up afterwards (20-C-81, 82 WCG)

32) Plaintiff suffered injuries consisting of cuts, bruises, tazer burns

(18)

black eyes, concussion symptoms,
PTSD, paranoia, shoulder injuries
numbness in hands and feet
depression, anxiety (20-c-81,82WCG)

(33) Co Leopold caused plaintiff unne
cessary delays in 18 cf 158
by saying he was on military dut
y at the evidentiary hearing for
19-cf-77. Plaintiff suspect WCI
lied to ADA Tienstra when they said
he was on duty in "California"

(34) Due to plaintiff being housed at CCI
and �myg the conspiracy bet
ween defendants in the East and
Western district, plaintiff exercises
his/her right to grant the West juris
diction to hear this claim

(35) From 6-8-17 to 6-1-21 the WI D.O
C. has not had the legal justificatio
nor right to house or "detain plaint
iff

(19)

## Exhaustion of Remedies

Plaintiff has formally and informally exhausted all available remedies

## Claims For Relief

Declare that Weber, Tritt, Beahm, Bade, Oneal(K) Wodack Jones, Leopold, Pohl Rosenthal Giebel Meli, Bikowski, R. Beahm, Dorn Bliegler, McCawley, Oncill (T) Taplin, CoG lebel, Aidley Barkhurst, Fisher, Dingman Lt Burns, Sanchez Adderton, Sheriff of Dodge Co Wild, Drumm, Vick, kacyo n, Jensen, Miller Deblanc, Engstrom, Van Buren, Gruber, Mclaren, Fuchs (it.c.) Marchant, Greisbach, aka defendants

# 1-43

(20)

Conspired jointly and severely to defraud plaintiff in civil litigation (20-c-81, 82, 558, 561 563, 709, 1715 wcg) criminal cases (18-cf 158, 19-cf-77) by using excessive force on plaintiff on 3-16-18 and 6-2-18, while plaintiff was fully shackled not resisting, deliberate indifference/failure to protect, by knowing plaintiff suffered injuries from the beatings, and failing to treat the injuries, and/or stop the beatings prevent further injury's, or report the attacks. They also deter and/or hendered plaintiff from access to the courts and to redress grievance by altering evidence using threats, intimidation, excessive force, causing plaintiff to be struck out under 42 U.S.C. § 1983 (PLRA) Leopold claiming to be on military duty during bail modification hearing, and giving perjured testimony in criminal and civil court. excessive bail and fines (8th amendment) by raising my bail to 10,500 for frivolous crimes.. 14th amendment due process/equal protection violations by preventing plaintiff from properly

21

defending himself in ▨▨▨▨ criminal and civil court with fraud, beatings, attacks, intimidation, and false imprisonment. The defendants used falsified eviden ce against plaintiff in cases 20-c-81 82, 709 WCG and 18-cf 158 and 19 -cf-77. As a prisoner/pretrial detainee plaintiff is a part of a suspect group/all of one. Plaintiff was treated diffrently than every other inmate in a simular situa tion as plaintiff, with the use of falsif ied evidence, torture, beatings, intimidat ion, and false imprisonment. The def endants also violated plaintiff state tort rights of negligence, battery-tort, medical malpractice, and false imprisonment wit h the beatings, disregard for plaintiff health and safety, failure to treat plain tiffs injuries, while plaintiff was falsely imprisoned between 6-8-17 to 6-1-21 Plaintiff alleges 1st amendment, 6th 7th and 8th 13th 14th and state law claims

aa

for the blantent disregard for plaintiffs health, safety, rights, and freedom during this complaint. The plaintiff caused plaintiff pain suffering and injury deprived plaintiff of life liberty and ~~property~~ property, deprived plaintiff of rights to access the courts deprived plaintiff of right to be free from slavery and/or false imprisonment This complaint is drafted @ formatted and respectfully submitted as a 42 U.S.C. 1985, 1986 civil rights conspricy IR.I.C.O. complaint and clearly outlines and alleges conspiracy in full and graphic detail.



|Relief Requested|

$10,000,000 **monetary** damages

$10 nominal

$5,000,000 punitive damages

T.R.O. against W.I. D.O.C.

Grant such other relief as it may appear
plaintiff is entitled to

|Verification|

Pursuant to 28 U.S.C. 51746
I declare under penalty of perjury
the forgoing is true and correct

4-30-21